IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00925-PAB-MEH

WENDY GREEN,
individually and as guardian for Jonathan Weikel,

    Plaintiff,

v.

LIFEVEST PUBLISHING, INC.,
DAVID WEIKEL,
BETH WEIKEL and
BY HIS DESIGN, LLC,

    Defendants.
_____

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER**
_____

    This matter comes before the Court on the Unopposed Motion by Plaintiffs to (I) Further Extend Stipulated Order Granting Motion by Plaintiff for Temporary Restraining Order; and (II) Vacate Preliminary Injunction Hearing (the "Motion") [Docket No. 24], dated May 13, 2009.  The Court, having considered the Motion, the parties' stipulations as set forth in the Stipulated Order Granting Motion by Plaintiff for Temporary Restraining Order (the "Stipulated Temporary Restraining Order") [Docket No. 10], dated April 23, 2009, and for the purpose of further preserving the status quo and otherwise effectuating the agreement reached by the parties as conveyed to the Court in the Motion,

    ORDERS as follows:

1. The Motion [Docket No. 24] is GRANTED.

2. As stipulated and agreed to by the parties, pursuant to Fed. R. Civ. P. 65(b)(2), the Stipulated Temporary Restraining Order [Docket No. 10] is extended, remaining in full force and effect through and including entry of a final judgment or order of the Court that resolves all claims among all of the parties.

3. The May 28, 2009 preliminary injunction hearing is vacated.

DATED May 22, 2009.

                                                BY THE COURT:

                                                s/Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge