IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00925-PAB-MEH

WENDY GREEN, individually and as guardian for Jonathan Weikel,

    Plaintiff,

v.

LIFEVEST PUBLISHING, INC.,
DAVID WEIKEL,
BETH WEIKEL, and
BY HIS DESIGN, LLC,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 31, 2009.**

    The Unopposed Motion by Plaintiff to Vacate Scheduling Conference [filed July 30, 2009; docket #53] is **granted**. The Scheduling Conference set for August 11, 2009, is hereby **vacated**. The parties shall submit a Joint Status Report on the status of the settlement in this matter on or before **August 24, 2009**.