**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: September 2, 2009  
Time: one hour and 15 minutes

**CASE NO.   09-cv-00925-PAB-MEH**

<u>Parties</u>

<u>Counsel</u>

**WENDY GREEN, individually and as
guardian for JONATHAN WEIKEL,**

Kevin Neiman
Robert Horowitz

Plaintiff (s),

vs.

**LIFEVEST PUBLISHING, INC.,
DAVID WEIKEL,
BETH WEIKEL, and
BY HIS DESIGN, LLC.,**

William Lahey
Brenda Speer

Defendant (s).

**HEARING ON FINAL ORDER**

**10:06 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant David Weikel is present.

Page Two
09-cv-00925-PAB-MEH
September 2, 2009

Court and counsel review the proposed stipulated order and its revisions.

Court will take a recess to allow counsel to confer and make any additional revisions.

**11:18 a.m.     COURT IN RECESS**

**11:56 a.m.     COURT IN SESSION**

Revised stipulated order has been reviewed by counsel and further revisions are made.

Affirmations made by counsel as to their agreement of the proposed final order.

**ORDERED:**   Counter Claim Defendant Wendy Green's Motion to Dismiss Counterclaim (Doc #49), filed 6/25/09 is **DENIED WITHOUT PREJUDICE.**

**ORDERED:**   Stipulated Motion for Order to (I) Enter Final Stipulated Order; (II) Motion to Dismiss; and (III) Administratively Close Case (Doc #56), filed 8/20/09 is **GRANTED in PART and DENIED in PART**, as stated on the record.

**ORDERED:**   Final Order shall issue.

**12:09  a..m.  COURT IN RECESS**

**Total in court time:          75 minutes**

**Hearing concluded**